UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY THOMAS,

    Plaintiff,

v.

LEE'S FAMOUS RECIPE CHICKEN, et al.,

    Defendants.
_____/

Case No. 1:25-cv-13

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 28, 2025, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) that Defendants' motion to dismiss (ECF No. 10) be granted. (ECF No. 19.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on May 12, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's federal claims are **DISMISSED**, and that the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

2

A judgment will issue in accordance with this Order.


Dated: June 16, 2025                    /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE